IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JERMAINE T. PATTON,**

        Petitioner,

        v.        CASE NO. 07-3155-SAC

**RILEY COUNTY,
et al.,**

        Respondents.

### O R D E R

On July 13, 2007, this court entered an Order giving petitioner twenty (20) days to show cause why this action should not be dismissed, without prejudice, due to his failure to exhaust state court remedies on his claims. The time allotted has passed, and no response has been filed by petitioner. The court concludes that this action must be dismissed on account of petitioner's failure to exhaust state court remedies.

**IT IS THEREFORE ORDERED** that this action is dismissed, without prejudice, for failure to exhaust state court remedies.

**IT IS SO ORDERED.**

Dated this 21st day of August, 2007, at Topeka, Kansas.

                                s/Sam A. Crow
                              U. S. Senior District Judge